# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No. __4:23cr57-MW__    Date: __February 5, 2024__

**DOCKET ENTRY: Arraignment on Indictment**

- Not Guilty Plea entered
- Trial set for March 25, 2024 at 8:15 a.m.

**PRESENT: Martin A. Fitzpatrick, United States Magistrate Judge**

| Angie Maxwell | Gabrielle McCoy | DCR TLH | James McCain |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

U.S.A. v. (Defendant listed below)    Attorney for Defendant:

__DE'ANTHONY JAMARI SWATZIE__        __Randolph Murrell__
_X_ present __custody _X_ O/R         _X_ present _X_ appointed __retained

**PROCEEDINGS:**

_X_  Defendant is ARRAIGNED and specifically advised of his rights.

_X_  Defendant waives reading of Indictment-Information

___  Indictment read

_X_  Defendant PLEADS:   ___ Guilty Count(s) _____

                         _X_ Not Guilty as charged on Indictment

_X_  Trial set for: __March 25, 2024 at 8:15 a.m.__